UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-MJ-01408-RMN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGEY KARPUSHKIN,

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

    The defendant named above does hereby invoke their rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction;appeals or other post-trial proceedings.

    The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel of record via transmission of notices of electronic filing generated by CM/ECF, on this 22nd day of April 2023.

                                                                             Respectfully submitted,

                                                                             The Edelstein Firm
                                                                             4770 Biscayne Blvd., Ste. 1250
                                                                             Miami, Florida 33137
                                                                             Tel: 305.538.4545
                                                                             Fax: 305.535.7655

                                              BY:        *s/David M. Edelstein*
                                                                        David M. Edelstein
                                                                        Florida Bar No: 063665
                                                                        Attorney for Defendant