UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-MJ-01408-RMN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGEY KARPUSHKIN,

    Defendant.
_____/

## TEMPORARY NOTICE OF APPEARANCE

COMES NOW DAVID M. EDELSTEIN and files this temporary notice of appearance as counsel for the above-named defendant. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel of record via transmission of notices of electronic filing generated by CM/ECF, on this 22nd day of April 2023.

    Respectfully submitted,

    The Edelstein Firm
    4770 Biscayne Blvd., Ste. 1250
    Miami, Florida 33137
    Tel: 305.538.4545
    Fax: 305.535.7655

    BY:    s/*David M. Edelstein*
              David M. Edelstein
              Florida Bar No: 063665
              Attorney for Defendant