# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                              CASE NO: 6:23-mj-1408-RMN

**SERGEY KARPUSHKIN**

_____

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

_5/10/2023_
Date

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

4770 BISCAYNE BLVD #1250
Address of defendant's attorney
MIAMI, FL 33137

david@theedelsteinfirm.com
E-mail address of defendant's attorney

305-538-4545
Telephone number of defendant's attorney

305-535-7655
FAX number of defendant's attorney