UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-mj-01408

SERGEY KARPUSHKIN

## WAIVER OF SPEEDY INFORMATION/INDICTMENT

I, Sergey Karpushkin, the above-named defendant, through undersigned counsel and after consultation with my attorney concerning my right to the return of a speedy indictment/information in this cause, hereby voluntarily and knowingly waive my right to the return of a speedy indictment/information under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and the Sixth Amendment of the United Sates Constitution. This waiver pertains to the criminal complaint filed against me on April 18, 2023, for a violation of 50 U.S.C. § 1705(a) and (c), conspiracy to violate the International Emergency Economic Powers Act.

I request and understand that the period excludable pursuant to this waiver is for a period not to exceed 70 days from the date of my initial appearance in federal court.

EXECUTED this 10th day of May, 2023, in Orlando Florida.

_____
SERGEY KARPUSHKIN

_____
David Edelstein, Esq.
Counsel for Defendant