UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-mj-01408

SERGEY KARPUSHKIN

**JOINT MOTION FOR EXTENSION OF TIME BY WHICH INDICTMENT/INFORMATION MUST BE FILED**

Now come the parties, through their undersigned attorneys, and move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) through July 12, 2023. The parties believe this extension would best serve the interests of justice and that the time would be excludable under 18 U.S.C. § 3161(h)(7)(A).

On April 18, 2023, the defendant was charged by criminal complaint for a violation of 50 U.S.C. § 1705(a) and (c), conspiracy to violate the International Emergency Economic Powers Act. Doc. 1. On May 10, 2023, the defendant had his initial appearance in Orlando. Also on May 10, 2023, the defendant filed a waiver of the speedy indictment or information period. *See* Doc. 16.

Counsel for the United States and the defendant are currently engaged in active plea negotiations concerning a pre-indictment resolution to this matter. Based upon this information, the interests of justice would be served by the parties continuing to attempt to resolve this matter prior to grand jury presentment, indictment, and/or trial.

The defendant has been apprised of the constraints of 18 U.S.C. §3161 et. seq. as it relates to his case and voluntarily and with full knowledge of the consequences hereby waives any time from tolling on his right to a speedy trial through July 12, 2023.

For these reasons, the parties request an extension of the time within which an indictment or information may be filed in this case through July 12, 2023. The government will file an indictment or information with the Court on or before that date.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: s/ *Chauncey A. Bratt*
Chauncey A. Bratt
Assistant United States Attorney
USA No. 174
400 W. Washington St., Suite 3100
Orlando, Florida 32801
Tel. (407) 648-7500
Fax: (407) 648-7643
Email: chauncey.bratt@usdoj.gov

By: *s/David M. Edelstein*
David M. Edlestein
Florida Bar No. 063665
The Edelstein Firm
4770 Biscayne Blvd., Ste. 1250
Miami, Florida 33137
Tel: 305.538.4545
Fax: 305.535.7655