# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

SERGEY KARPUSHKIN,

    Defendant.

Case No. 6:23-mj-01408

## ORDER

This cause is before the Court on the parties' Joint Motion for Extension of Time (Dkt. 17), which was filed May 11, 2023. In view of the parties' joint motion, and Defendant's knowing and voluntary waiver, the Court finds good cause is shown to grant an exemption of time in which to return an indictment or file an information, that the extension would best serve the interests of justice, and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is **ORDERED**:

1.    The Motion (Dkt. 17) is **GRANTED**; and

2.    The Court finds that all time from May 12, 2023, through July 12, 2023, is tolled under 18 U.S.C. §§ 3161(b) and (h)(7).

**DONE** and **ORDERED** in Orlando, Florida, on May 15, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record