UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-MJ-01408-RMN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGEY KARPUSHKIN,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW THE DEFENDANT, by and through undersigned counsel, and hereby files his notice of unavailability on the following days: June 9th to June 12th and June 20th to July 7th. Undersigned counsel will be out of town during these dates and would request that the Court not set any hearings during these periods.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel of record via transmission of notices of electronic filing generated by CM/ECF, on this 30th day of May, 2023.

    Respectfully submitted,

    The Edelstein Firm
    4770 Biscayne Blvd., Ste. 1250
    Miami, Florida  33137
    Tel: 305.538.4545
    Fax: 305.535.7655

BY:    s/*David M. Edelstein*
    David M. Edelstein
    Florida Bar No: 063665
    Attorney for Defendant